UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JONATHAN REIS, | Case No. 3:23-cv-00081-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| C/O SWARTZ, et al., | |
| Defendants. | |

**I.   DISCUSSION**

Plaintiff has filed an updated address, indicating that he is no longer incarcerated. (ECF No. 3.)  Therefore, Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $402.  If Plaintiff fails to file an application to proceed *in forma pauperis* by a non-prisoner, or pay the $402 filing fee, within thirty (30) days, this case will be subject to dismissal without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

///

///

///

1

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 23rd day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE