1  AARON D. FORD
     Attorney General
2  JANET E. TRAUT, Bar No. 8695
     Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1120
5  E-mail: jtraut@ag.nv.gov

6  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10 JONATHAN REIS,                    Case No. 3:23-cv-00081-MMD-CLB

11             Plaintiff,
                                     **STIPULATION AND ORDER OF**
12 vs.                               **DISMISSAL WITH PREJUDICE**

13 C/O SWARTZ, et al.,

14             Defendants.

15     Plaintiff, Jonathan Reis, in pro se, and Interested Party, Nevada Department of

16 Corrections, (NDOC), by and through counsel, Nevada Attorney General, Aaron D. Ford,

17 and Deputy Attorney General, Janet E. Traut, hereby stipulate that the above-captioned actions

18 should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

19 DATED this ____ day of October 2023.        DATED this 31st day of October 2023

20
                                               AARON D. FORD
21                                             Attorney General

22                                             By: /s/ Janet E. Traut
   _____                  JANET E. TRAUT, Bar No. 8695
23 JONATHAN REIS                                   Deputy Attorney General

24                                             *Attorneys For Interested Party,*
                                               *Nevada Department of Corrections*
25

26                    **IT IS SO ORDERED.**

27                    _____
28                    **UNITED STATES DISTRICT JUDGE**

1

AAR    D. FORD
Attorney General
JANET E. TRAUT, Bar No 8695
Deputy Attorney General
State of Nevada
100 N Carson Street
C      n City, Nevada 89701-4717
Tel. (775) 684-1120
E-mail jtrau      .nv.gov

Attorney for Interested Party,
e   ada Department of Corrections

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JONATHAN REIS,

Plaintiff,

C/O SWARTZ, et al.,

Defendan

Case No. 3:23-cv-00081-MMD-CLB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

laintiff, Jonathan Re    in pr  se, and Interested Part , Nevada Department of Corrections, (NDOC), by and through counse   evada Attorney General, Aaron D  Ford, and Deput  Attorn  General, Janet    Traut, hereby stipulate that the above    ptioned   tion   hould be di    sed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 31 day  f October 2  23.          DATED this ____ day of October 2023

Attorney General

/s/ JONATHAN REIS

AARON D. F  RD

JANET E. TRAUT, Bar No 8695

Deputy Attorney General

Attorne s For Interested Party,
    ada D partment of Corrections

**IT IS SO ORDERED.**

Dated January 25, 2024

U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on January 25, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Jonathan Reis
PO Box 451
Reno, NV 89504

_____
An employee of the
Office of the Nevada Attorney General